| Last | First | Gross Amount |
|------|-------|--------------|
| Amezquita | Adrian | |
| Aguilar | Benigno | |
| Andrade | Michael | |
| Andrade | Porfirio | |
| Andrio | Jose | |
| Anzaldua | Charles | |
| Arevalo | Juan | |
| Arevalo | Jose | |
| Armento | Rogelio | |
| Arroyo | Aurelio | |
| Arroyo | Jose | |
| Barboza | Roberto | |
| Calderon | Jose | |
| Campos | Elias | |
| Cano | Ramiro | |
| Cardena | manuel | |
| Cardena | Ruben | |
| Castillo | Martin | |
| Cavazo | Jose | |
| Ceja | Carlos | |
| Collier | Mike | |
| Cortez | Rafael | |
| Cortina | Hector | |
| Cruz | Johnny | |
| Cruz-Torres | Fransisco | |
| Cuevas | Saul | |
| Curtis | John | |
| De la Rosa | Eliseo | |
| De leon | Martin | |
| Del Angel | Guillermo | |
| Delgado | Juan | |
| Dunn | Aaron | |
| Eastep | Bernard | |
| Ermenejildo | Vega | |
| Escobedo | Edgar | |
| Esqueda | Marco | |
| Fonseca | Christopher | |
| Flores | Daniel | |
| Gallegos | Adrian | |
| Gamez | Sergio | |
| Garcia | Jose | |
| Garcia | Guadalupe | |
| Garza | Javier | |

| Last | First | Gross Amount |
|---|---|---|
| Garza | David | |
| Garza | Jorge | |
| Garza | Abel | |
| Garza | Alvaro | |
| Gilpin | Von | |
| Green | William | |
| Gudino | Salvador | |
| Guerra | Rosalio | |
| Guerrero | Genaro | |
| Gutierrez | Enrique | |
| Henry | Sergio | |
| Hernandez | Constantino | |
| Hernandez | Abimael | |
| Hernandez | Juan | |
| Hernandez | Eli | |
| Jaramillo | Daniel | |
| Jasso | Rogelio | |
| Jimenez | Ruben | |
| Jimenez | Jose | |
| Jimenez | Victor | |
| Kincade | Johnny | |
| Latham | Philip | |
| Lehmbeck | Russell | |
| Lopez | Fernando | |
| Mahoney | Dennis | |
| Mares | Paul | |
| Martinez | Carlos | |
| Martinez | Oscar | |
| Mason | Aldon | |
| Mata | Jose | |
| Medellin | Luis | |
| Medlow | Frankie | |
| Melvin | Terry | |
| Montes | Joel | |
| Morales | Ruben | |
| Morrison | Jack | |
| Morua | Fransisco | |
| Morua | Enrique | |
| Munoz | Ramon | |
| Ochoa | Eliazar | |
| Olivares | Rodolfo | |
| Ortega | Abel | |
| Osorio | Luis | |

| Last | First | Gross Amount |
|------|-------|--------------|
| Pena | Tomas | |
| Perez | Victor | |
| Perez | Andres | |
| Pina | Julio | |
| Pina | Jose | |
| Pruitt | Roy | |
| Ramirez | Alvaro | |
| Rangel | Luis | |
| Ratcliffe | Stan | |
| Robinson | Greg | |
| Rodriguez | Armando | |
| Rodriguez | Fernando | |
| Rodriguez | Ricardo | |
| Salazar | Joel | |
| Salazar | Jose | |
| Salazar | Marco | |
| Saldana | Juan | |
| Salinas | Oscar | |
| Salinas | Oscar H. | |
| Sandoval | Arnold | |
| Sarabia | Moises | |
| Schantz | Merle | |
| Sierra | Jose | |
| Silva | Melesio | |
| Smith | Dennis | |
| Steeley | Riley | |
| Tanvir | Zachary | |
| Tello | Candido | |
| Tobias | Francisco | |
| Torres | Jose Jesus | |
| Torres | Jose O | |
| Ulrickson | Loren | |
| Valderrama | Roger | |
| Vallejo | Alejandro | |
| Vargas | Mario | |
| Vargas | Juan | |
| Vasquez | Marco | |
| Ventura | Carlos | |
| Villanueva | Jose | |
| Walker | Teddy | |
| Williams | Billy | |
| Zamora | Jose | |
| Zarate | Jorge | |